IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**EQUAL EMPLOYMENT**     **PLAINTIFF**
**OPPORTUNITY COMMISSION**

v.     Civil No. 1:18cv58-HSO-JCG

**ZACHRY INDUSTRIAL, INC. f/k/a**     **DEFENDANT**
**ZACHRY CONSTRUCTION**
**CORPORATION**

## FINAL JUDGMENT

In accordance with the Court's Consent Decree,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this civil action is **DISMISSED WITH PREJUDICE**, and that the Court hereby specifically retains jurisdiction to enforce the Consent Decree.

**SO ORDERED AND ADJUDGED**, this the 26th day of July, 2018.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE